Fill in this information to identify the case:

Debtor 1  Phillip Lee Kringlie

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number 19-15253

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 0 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 6/20/2019: Proof of Claim/Plan Review ($650) and 410A Prep ($250) | (5) | $ 900.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:____ | | (10) | $ |
| 11. Other. Specify:____ | | (11) | $ |
| 12. Other. Specify:____ | | (12) | $ |
| 13. Other. Specify:____ | | (13) | $ |
| 14. Other. Specify:____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 __Phillip Lee Kringlie_____  Case number *(if known)* __19-15253_____
         First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Jon J. Lieberman                       Date  10 / 29 / 2019
  Signature

Print:  __Jon J. Lieberman_____       Title  __Attorney for Creditor__
        First Name    Middle Name    Last Name

Company  __Sottile & Barile, Attorneys at Law__

Address  __394 Wards Corner Road, Suite 180__
         Number    Street
         __Loveland, OH 45140__
         City                State    ZIP Code

Contact phone ( 513 ) 444 – 4100        Email  __bankruptcy@sottileandbarile.com__

Sottile & Barile, LLC  
394 Wards Corner Road, Suite 180  
Loveland, OH  45140  
accounting@sottileandbarile.com  
www.sottileandbarile.com



# Invoice

**BILL TO**  
Home Point Financial Corporation  
ATTN: PAYMENT PROCESSING  
11511 Luna Road  
2nd and 3rd Floors  
Farmers Branch, TX  75234

**INVOICE #** ▮  
**DATE** 06/20/2019

**S&B FILE NUMBER**  
▮

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Kringlie, Phillip ▮ | Plan review, Proof of claim | 1 | 650.00 | 650.00 |
| Kringlie, Phillip ▮ | 410A Prep | 1 | 250.00 | 250.00 |

BALANCE DUE **$900.00**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-15253 |
| Phillip Lee Kringlie | Chapter 13 |
| Debtor. | Hon. Judge Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on October 29, 2019, before the hour of 5:00 p.m.

    Daniel Giannola, Debtor's Counsel
    dan@giannolalegal.com

    Danielle E. Kancherlapalli, Debtor's Counsel
    dkboundaslaw@gmail.com

    Glenn B Stearns, Chapter 13 Trustee
    stearns_g@lisle13.com

    Patrick S Layng, U.S. Trustee
    ustpregion11.es.ecf@usdoj.gov

    Phillip Lee Kringlie, Debtor
    3204 Old Castle Road
    Joliet, IL 60431

Dated: October 29, 2019                Respectfully Submitted,

                                              /s/ Jon J. Lieberman
                                              Jon J. Lieberman (OH 0058394)
                                              Sottile & Barile, Attorneys at Law
                                              394 Wards Corner Road, Suite 180
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              Email: bankruptcy@sottileandbarile.com
                                              Attorney for Creditor